PROB 12C  
(6/16)

Report Date: June 8, 2020

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Juan Antonio Salazar | Case Number: 0980 1:18CR02043-SAB-1 |
| Address of Offender: | Zillah, Washington 98953 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2019

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | July 3, 2019 |
| Defense Attorney: | Adolfo Banda, Jr. | Date Supervision Expires: | July 2, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**:  Mr. Salazar is considered to be in violation of his supervised release conditions by being arrested for driving under the influence on May 26, 2020. |
| | On July 8, 2019, this officer met with Mr. Salazar after he released from custody. Mr. Salazar reviewed and signed the judgment and sentence which outlined the conditions of his term of supervised release. |
| | On May 26, 2020, per Washington State Patrol (WSP) report number 20-8396, Trooper Wyatt was on routine patrol in Yakima County in his full uniform and department issued patrol vehicle. WSP communications advised of an erratic gold Cadillac Escalade that was traveling Westbound on Interstate 82 from milepost 44.  The Cadillac was reported as erratic lane travel and a blinker left on.  Trooper Wyatt advised communications he would be in route to the erratic vehicle from the Washington State Patrol Office located in Yakima.  He merged his vehicle onto the Westbound lane of Interstate 82 at milepost 36 and pulled over onto the right shoulder. He stood by at his location until he observed a gold Cadillac Escalade approaching in lane two of two.  Before the vehicle passed him, he observed it steer over the left-hand fog line and then back into their lane.  Trooper Wyatt merged back into |

Prob12C
**Re: Salazar, Juan Antonio**
**June 8, 2020**
**Page 2**

traffic to observe the vehicle. He observed the Cadillac crossover the same fog line three times. The first two times the Cadillac crossed over by approximately one tire width. On the third time, the Cadillac steered onto the gravel on the left shoulder causing dust to fly up. He also observed the Cadillac cross over the skip line twice. The first time they crossed over by one tire width and the second time, by two tire widths. The trooper activated his vehicle's emergency lights near milepost 34, but the driver did not observe him. He then activated the emergency siren. The driver then pulled onto the shoulder and came to a slow stop. The driver had pulled so close to the guardrail that the trooper thought the Cadillac was rubbing against it. Later in the investigation it was determined there was no damage to the vehicle or guardrail.

Trooper Wyatt performed a passenger side contact of the offender's vehicle and identified himself to the driver. The driver apologized for his lane travel without prompting. The driver advised that he was texting on his phone. The officer advised the driver that he had stopped him for his lane travel, adding that his vehicle was missing a driver side mirror. Trooper Wyatt asked the driver for his license, registration and insurance. The driver fumbled through his wallet for his insurance and was unable to locate his registration. The driver had flipped through a stack of paper twice skipping over the registration. The trooper had to instruct the driver that he had skipped past the registration and directed him to where it was. While the offender was flipping through the stack of papers, the trooper observed the proof of insurance for the vehicle but the driver never provided it to him. The driver was identified by his Washington State driver's license as Juan A. Salazar (DOB 05/22/1979). The trooper asked Mr. Salazar if he would be able to step out of his vehicle and meet at the rear end of it. Mr. Salazar agreed and attempted to open his door, but the vehicle started to pull away. Mr. Salazar had attempted to exit the vehicle while it was in drive. Mr. Salazar got the vehicle to stop and the trooper asked for the keys to the vehicle. Mr. Salazar was unsteady on his feet and held onto the door when he was stepping out of the vehicle for balance. The trooper asked Mr. Salazar if he had anything to drink and he advised that he did not. The trooper then asked Mr. Salazar if he had used any prescription medications or drugs, at first, he advised that he had not. Mr. Salazar then advised that he had taken a Valium earlier in the day but the effects had worn off. The trooper asked Mr. Salazar if he would agree to a voluntary field sobriety test to make sure he was safe to drive and he agreed. Mr. Salazar displayed obvious signs of impairment on the one leg stand test and the walk and turn test. Mr. Salazar was offered the preliminary breath test, to which the trooper advised him that the test was voluntary. Adding that the test did not take the place of an evidentiary breath test. Mr. Salazar agreed to the test and provided a breath sample of .000 at 4:26 p.m. Next, Mr. Salazar performed the modified Romberg test. Mr. Salazar stopped the test at 46 seconds for the 30-second test. The trooper asked Mr. Salazar how he had estimated 30 seconds in his head and he advised he counted in the manner of "1, 2, 3, etc." The trooper believed based on his investigation that Mr. Salazar was impaired.

Mr. Salazar was advised to walk with the trooper to the front of the patrol vehicle. The trooper then advised Mr. Salazar he was under arrest for driving under the influence (DUI) drugs. The trooper handcuffed Mr. Salazar's hands behind his back. Trooper Wyatt requested the support of a drug recognition expert and he was advised that Trooper Downy was available. Trooper Downy arrived on the scene. Trooper Downey advised Mr. Salazar of his constitutional rights from his department issued Miranda card. Trooper Downy transported Mr. Salazar to the Washington State Patrol Office located in Yakima for a drug recognition evaluation. After Trooper Downy completed his evaluation, Mr. Salazar was

Prob12C
**Re: Salazar, Juan Antonio**
**June 8, 2020**
**Page 3**

asked if he would agree to a voluntary blood draw and he agreed. Mr. Salazar was read the voluntary blood draw consent form and asked one more time if he would consent to a voluntary blood draw. Mr. Salazar agreed and signed the form. Mr. Salazar was transported to the Virginia Mason Memorial Hospital for the blood draw. After the blood draw, Mr. Salazar was cited for DUI and he was released. The charges were forwarded to the Yakima County Prosecutor's Office.

As of the date of this report, the DUI charge has not been filed against Mr. Salazar.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Juan Antonio Salazar to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/08/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/8/2020

Date